COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| GALAXY HOMES, A Texas General Partnership Composed of Issa Khlayel and Ahamad Ikhlail, and IKAI, LLC d/b/a GALAXY HOMES, | § § § | No. 08-08-00300-CV |
| Appellants, | § | Appeal from the |
| v. | § | 34th District Court |
| CASTOR SERVICES, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2006-783) |

## MEMORANDUM OPINION

Pending before the Court is the joint motion of Appellants, Galaxy Homes, a Texas General Partnership Composed of Issa Khlayel and Ahamad Ikhlail, and IKAI, LLC d/b/a Galaxy Homes, and Appellee, Castor Services, Inc., to dismiss this appeal pursuant to TEX. R. APP. P. 42.1 because the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

September 30, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.